[No. 15411-4-III.     Division Three.     May 6, 1997.]

IBP, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-2-00728-3, Ted W. Small, J., entered December 1, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15898-5-III.     Division Three.     May 6, 1997.]

PATRICIA A. WRIGHT, *Appellant*, v. MICHAEL BOLT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-2-00611-5, Dennis D. Yule, J., entered May 29, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J. Pro Tem.

[No. 14744-4-III.     Division Three.     May 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD S. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 93-1-00146-4, Carol A. Wardell, J., entered September 20, 1994. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Kurtz and Brown, JJ.

[No. 14951-0-III.     Division Three.     May 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN E. WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 95-1-00005-7, Ted W. Small, J., entered May 23, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kurtz, J., and Munson, J. Pro Tem.